NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENEE ANNETTE CHRUSTOWSKI,**
*Plaintiff-Appellant*

**v.**

**LOUIS DEJOY, Postmaster General and Chief Executive Officer,**
*Defendant-Appellee*

**USPS HEADQUARTERS, GIANT FOODS,**
*Defendants*

---

2024-2075

---

Appeal from the United States District Court for the District of Delaware in No. 1:24-cv-00037-CFC, Chief Judge Colm F. Connolly.

---

Before BRYSON, PROST, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

In response to this court's August 16, 2024 show cause order, Louis DeJoy urges dismissal. Renee Annette Chrustowski requests transfer "to a court or agency who is

willing to compensate [her] with the monetary compensation that [she is] entitled to." ECF No. 7 at 1.

Ms. Chrustowski filed her complaint at the United States District Court for the District of Delaware on January 11, 2024, claiming $100 million of damages for alleged labor violations. She moved to proceed *in forma pauperis*, which the district court granted on February 13, 2024. Ms. Chrustowski filed a notice of appeal to this court on July 8, 2024, indicating she was seeking review of "pending court of appeals 3rd Circuit P.A." ECF No. 1-2 at 1. The district court has not issued any further orders or decisions.

We dismiss. This court's jurisdiction to review decisions of federal district courts is limited to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1). Ms. Chrustowski's complaint raises no such claim.

Transfer to the United States Court of Appeals for the Third Circuit or any other circuit is not appropriate here under 28 U.S.C. § 1631, because Ms. Chrustowski is not appealing from a decision that could give rise to a proper appeal in any court of appeals. Nor has Ms. Chrustowski shown any basis to transmit this matter to the Supreme Court of the United States to the extent the notice was intended to seek review of unspecified Third Circuit decisions.

Accordingly,

IT IS ORDERED THAT:

(1) The case is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT



November 12, 2024
Date

Jarrett B. Perlow
Clerk of Court